E-FILED  2023 FEB 16 2:31 PM POLK - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| KAREN STRICKLAND,<br><br>          Plaintiff,<br><br>vs.<br><br>AMCOR FLEXIBLES NORTH AMERICA, INC., ANN BUCK, and DAVID MCGUIRE,<br><br>          Defendants. | Case No.  LACL154979<br><br><br><br>**ORIGINAL NOTICE** |

TO THE ABOVE-NAMED DEFENDANT:       AMCOR FLEXIBLES NORTH AMERICA, INC.

You are notified that a Petition at Law has been filed in the office of the clerk of this court naming you as a defendant in this action.  A copy of the Petition is attached to this notice. The attorneys for the plaintiff are Brooke Timmer and Nathan Borland of Timmer & Judkins, P.L.L.C., whose address is 1415 28th Street, Suite 375, West Des Moines, IA 50266. Their phone number is (515) 259-7462; facsimile number (515) 361-5390.

You must serve a motion or answer within 20 days after service of this original notice upon you and, within a reasonable time thereafter, file your motion or answer with the Clerk of Court for Polk County.  If you do not, judgment by default may be rendered against you for the relief demanded in the petition.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (515) 286-3927.  (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942).

_____
CLERK OF COURT
Polk County Courthouse
Des Moines, Iowa

**IMPORTANT:**
**You are advised to seek legal advice at once to protect your interests.**

**EXHIBIT A**

E-FILED 2023 FEB 17 9:46 AM POLK - CLERK OF DISTRICT COURT

# Iowa Judicial Branch

*Case No.* **LACL154979**

*County* **Polk**

*Case Title*   KAREN STRICKLAND VS AMCOR FLEXIBLES NORTH AMERICA

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential. For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(515) 286-3394** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/. **Disability access coordinators cannot provide legal advice.**

*Date Issued* **02/17/2023 09:46:34 AM**



*District Clerk of Court or/by Clerk's Designee of* Polk

County

**/s/ Jeremy Alvarez**

E-FILED  2023 FEB 16 2:31 PM POLK - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| KAREN STRICKLAND, | Case No. __LACL154979__ |
| Plaintiff, | |
| vs. | |
| AMCOR FLEXIBLES NORTH AMERICA, INC., ANN BUCK, and DAVID MCGUIRE, | **ORIGINAL NOTICE** |
| Defendants. | |

TO THE ABOVE-NAMED DEFENDANT:      ANN BUCK

You are notified that a Petition at Law has been filed in the office of the clerk of this court naming you as a defendant in this action.  A copy of the Petition is attached to this notice. The attorneys for the plaintiff are Brooke Timmer and Nathan Borland of Timmer & Judkins, P.L.L.C., whose address is 1415 28th Street, Suite 375, West Des Moines, IA 50266. Their phone number is (515) 259-7462; facsimile number (515) 361-5390.

You must serve a motion or answer within 20 days after service of this original notice upon you and, within a reasonable time thereafter, file your motion or answer with the Clerk of Court for Polk County.  If you do not, judgment by default may be rendered against you for the relief demanded in the petition.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (515) 286-3927.  (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942).

_____

CLERK OF COURT
Polk County Courthouse
Des Moines, Iowa

**IMPORTANT:**
**You are advised to seek legal advice at once to protect your interests.**

E-FILED  2023 FEB 17 9:46 AM POLK - CLERK OF DISTRICT COURT

# Iowa Judicial Branch

*Case No.*  **LACL154979**

*County*  **Polk**

*Case Title*   KAREN STRICKLAND VS AMCOR FLEXIBLES NORTH AMERICA

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential.  For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(515) 286-3394** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/.  **Disability access coordinators cannot provide legal advice.**

*Date Issued*  **02/17/2023 09:46:34 AM**



*District Clerk of Court or/by Clerk's Designee of* Polk                    *County*

**/s/ Jeremy Alvarez**

E-FILED  2023 FEB 16 2:31 PM POLK - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| KAREN STRICKLAND, | Case No. ___LACL154979___ |
| Plaintiff, | |
| vs. | |
| AMCOR FLEXIBLES NORTH AMERICA, INC., ANN BUCK, and DAVID MCGUIRE, | **ORIGINAL NOTICE** |
| Defendants. | |

TO THE ABOVE-NAMED DEFENDANT:      DAVID MCGUIRE

You are notified that a Petition at Law has been filed in the office of the clerk of this court naming you as a defendant in this action.  A copy of the Petition is attached to this notice. The attorneys for the plaintiff are Brooke Timmer and Nathan Borland of Timmer & Judkins, P.L.L.C., whose address is 1415 28th Street, Suite 375, West Des Moines, IA 50266. Their phone number is (515) 259-7462; facsimile number (515) 361-5390.

You must serve a motion or answer within 20 days after service of this original notice upon you and, within a reasonable time thereafter, file your motion or answer with the Clerk of Court for Polk County.  If you do not, judgment by default may be rendered against you for the relief demanded in the petition.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (515) 286-3927.  (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942).

_____

CLERK OF COURT
Polk County Courthouse
Des Moines, Iowa

**IMPORTANT:**
**You are advised to seek legal advice at once to protect your interests.**

E-FILED 2023 FEB 17 9:46 AM POLK - CLERK OF DISTRICT COURT

# Iowa Judicial Branch

*Case No.* **LACL154979**

*County* **Polk**

*Case Title* KAREN STRICKLAND VS AMCOR FLEXIBLES NORTH AMERICA

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential. For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(515) 286-3394** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/. **Disability access coordinators cannot provide legal advice.**

*Date Issued* **02/17/2023 09:46:34 AM**



*District Clerk of Court or/by Clerk's Designee of* Polk                    *County*

**/s/ Jeremy Alvarez**

E-FILED 2023 FEB 16 2:31 PM POLK - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| KAREN STRICKLAND, | Case No. ___LACL154979___ |
|      Plaintiff, | |
| vs. | |
| AMCOR FLEXIBLES NORTH AMERICA, INC., ANN BUCK, and DAVID MCGUIRE, | **PETITION AND JURY DEMAND** |
|      Defendants. | |

COMES NOW Plaintiff Karen Strickland and states the following for her cause of action against Defendants Amcor Flexibles North America, Inc., Ann Buck, and David McGuire:

## INTRODUCTION

1.     This is an action under the Iowa Civil Rights Act, challenging Defendants' unlawful race discrimination and retaliation against Plaintiff Karen Strickland.

2.     Plaintiff Karen Strickland is a resident of Polk County, Iowa.

3.     Defendant Amcor Flexibles North America, Inc. ("Amcor") is a Missouri corporation with its principal place of business in Neenah, Wisconsin.

4.     Defendant Ann Buck is a resident of Polk County, Iowa.

5.     Defendant David McGuire is a resident of Polk County, Iowa.

6.     The acts of which Plaintiff complains occurred in Polk County, Iowa.

E-FILED 2023 FEB 16 2:31 PM POLK - CLERK OF DISTRICT COURT

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

7.      On May 24, 2020, Plaintiff filed a Charge of Discrimination against Defendants with the Equal Employment Opportunity Commission and the Iowa Civil Rights Commission.

8.      On November 23, 2022, the Equal Employment Opportunity Commission issued a Dismissal and Notice of Rights with respect to Plaintiff's charges against Defendants.

9.      On February 9, 2023, the Iowa Civil Rights Commission issued an Administrative Release with respect to Plaintiff's charges against Defendants.

## FACTUAL BACKGROUND

10.      Defendant Amcor operates a flexible packaging manufacturing facility in Des Moines, Polk County, Iowa (the "Des Moines Facility.")

11.      Plaintiff Karen Strickland is a Black woman.

12.      On August 8, 1989, Karen began employment with Amcor at the Des Moines Facility as a Quality Assurance Tester in the Quality Department.

13.      For the next *30 years*, Karen dedicated her working life to Amcor.

14.      Throughout Karen's employment with Amcor, the employees of the Quality Assurance Department rotated on a weekly basis between the two labs at the Des Moines Facility: the TWQ lab and the Coater lab.

15.      Employees rotated between the labs to maintain their skills in each lab, to keep abreast of changes in each lab, and to mitigate against repetitive strain injuries that otherwise would be likely to occur if an employee were permanently assigned to the Coater lab.

16.      The TWQ lab and the Coater lab are in the same facility, separated by the facility's Finishing Department.

17.     The TWQ lab and the Coater lab are serviced by the same heating, ventilation, and air conditioning systems.

18.     Regardless of the lab to which an employee is assigned on a given day, the employees of the Quality Assurance Department routinely move between the TWQ lab, Coater lab, and Finishing Department while performing their duties.

19.     In approximately October 2019, Amcor appointed Defendant Ann Buck as the Manager of the Quality Department. Buck became Karen's immediate supervisor.

20.     In early March 2020, Amcor announced that it was assigning Quality Department employees, including Karen, to either the Coater lab or the TWQ lab.

21.     Buck was responsible for assigning Quality Department employees to either the Coater lab or the TWQ lab.

22.     Buck assigned Karen to the Coater lab.

23.     Buck assigned all the Asian employees of the Quality Department to the TWQ lab.

24.     When Buck made the assignments, there were approximately 10 employees of color at the Des Moines Facility and Karen was the only Black employee in the Quality Department.

25.     Amcor's assignments caused all the facility's Black employees to be assigned to the same side of the facility.

26.     Karen reasonably believed that race played a part in Buck's assignments.

27.     Karen reasonably believed that being assigned to the Coater lab would expose her to an increased risk of injury due to the repetitive strain required in the Coater lab.

E-FILED 2023 FEB 16 2:31 PM POLK - CLERK OF DISTRICT COURT

28.   During a meeting on or about March 18, 2020, Karen objected to Defendants' assignment of her to the Coater lab.

29.   Karen explained to Buck that she was concerned with the assignment because of the increased risk of injury.

30.   Buck became upset with Karen's complaints and ended their discussion, telling Karen they could talk again with a union representative present.

**31.**   Karen, frustrated about Defendants' discrimination, put a note on a computer in the lab reiterating her concerns:



32.   On March 20, 2020, Karen called Buck and reiterated that she was concerned about the Coater lab assignment because of the increased risk of injury.

33.   During the call, Karen also complained that the assignments were discriminatory.

34.   Karen specifically alleged that the assignments were made to keep all the Asian employees in one area and all the Black employees in another.

35.     Later in the day on March 20, 2020, Karen and union representative Debbie

Bullock met with Buck and Safety Coordinator Martha Struve to discuss Karen's complaints

about Defendants' work area assignments.

36.     Karen reiterated to Buck her belief that Defendants' assignments were

discriminatory because they were based on race.

37.     Karen told Buck that the assignments segregated the Des Moines Facility's

employees by race.

38.     Buck became agitated with Karen, so Karen stood up and walked to the door to

leave.

39.     Buck slammed the door shut, almost striking Karen's foot.

40.     Buck and Struve then left the room to discuss Karen's complaints with Production

Supervisor David McGuire.

41.     Buck and Struve told McGuire about Karen's complaints of race discrimination.

42.     Buck and Struve told McGuire that Karen's complaints were "creating a hostile

work environment."

43.     Buck, Struve, and McGuire called Regional Human Resources Director Angie

Daniels and Labor Director Brenda Page and discussed the situation.

44.     Daniels suggested sending Karen home "to calm down."

45.     Either when Buck and Struve were walking to McGuire's office or when they

were returning from McGuire's office, Buck noticed Karen's handwritten note on the lab

computer.

46.     Buck, Struve, and McGuire suspended Karen because of her complaints of race

discrimination.

47.     On March 24, 2020, Karen met with Daniels and Plant Manager Theresa Koziol.

48.     During the meeting, Karen reiterated her complaint that Defendants were discriminating against her based on her race.

49.     During the meeting, Karen confirmed that she was the author of the note complaining about race discrimination.

50.     Defendants later alleged to the Equal Employment Opportunity Commission that during the March 24, 2020, meeting, Karen said that Defendants' segregation of employees by race was "putting the Black employees on the back of the bus."

51.     On March 25, 2020, Daniels, Page, and Senior Vice President of Human Resources Christi Dees discussed Karen's complaints and what Defendants later told the Equal Employment Opportunity Commission was "the potential need for corrective action" for those complaints.

52.     Daniels, Page, and Dees then discussed Karen's complaints with General Counsel Daniel Sula and Paralegal Saundra Williams.

53.     Buck, McGuire, Daniels, Page, Dees, Sula, and Williams all are white.

54.     On March 27, 2020, Defendants fired Karen.

55.     Karen's complaints of race discrimination were the only reason Defendants fired Karen.

## COUNT I
## RACE DISCRIMINATION
## IN VIOLATION OF THE IOWA CIVIL RIGHTS ACT

56.     Plaintiff repleads paragraphs 1 through 55 as if fully set forth herein.

57.     As set forth above, Defendants discharged and otherwise discriminated against Plaintiff in employment.

Petition and Jury Demand                                          Page 6 of 8

E-FILED 2023 FEB 16 2:31 PM POLK - CLERK OF DISTRICT COURT

58.     Plaintiff's race and/or color was a motivating factor in Defendants' discharge from employment and discrimination in employment against Plaintiff.

59.     As a result of Defendants' acts and omissions, Plaintiff has in the past and will in the future suffer injuries and damages, including but not limited to emotional distress and lost wages, benefits, and other emoluments of employment.

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, in an amount which will fully and fairly compensate Plaintiff for her injuries and damages, for pre-judgment and post-judgment interest, for attorney's fees and litigation expenses, for the costs of this action, for appropriate equitable and injunctive relief, and for such other relief as may be just in the circumstances and consistent with the purpose of the Iowa Civil Rights Act.

## COUNT II
## RETALIATION
## IN VIOLATION OF THE IOWA CIVIL RIGHTS ACT

60.     Plaintiff repleads paragraphs 1 through 59 as if fully set forth herein.

61.     Plaintiff engaged in activity protected by the Iowa Civil Rights Act by opposing race and/or color discrimination in employment.

62.     Defendants discriminated and/or retaliated against Plaintiff by suspending her and then discharging her from employment.

63.     Plaintiff's protected activity was a motivating factor in Defendants' discrimination and/or retaliation.

64.     As a result of Defendants' acts and omissions, Plaintiff has in the past and will in the future suffer injuries and damages, including but not limited to emotional distress and lost wages, benefits, and other emoluments of employment.

E-FILED 2023 FEB 16 2:31 PM POLK - CLERK OF DISTRICT COURT

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, in an amount which will fully and fairly compensate Plaintiff for her injuries and damages, for pre-judgment and post-judgment interest, for attorney's fees and litigation expenses, for the costs of this action, for appropriate equitable and injunctive relief, and for such other relief as may be just in the circumstances and consistent with the purpose of the Iowa Civil Rights Act.

## JURY DEMAND

COMES NOW the Plaintiff and demands a trial by jury.

Respectfully submitted,

*/s/ Nathan J. Borland*
**TIMMER & JUDKINS, P.L.L.C.**
Brooke Timmer AT0008821
brooke@timmerjudkins.com
Nathan J. Borland AT0011802
nate@timmerjudkins.com
1415 28th Street, Suite 375
West Des Moines, IA 50266
Telephone: (515) 259-7462
Fax: (515) 361-5390
**ATTORNEYS FOR PLAINTIFF**

E-FILED  2023 MAR 16 12:21 PM POLK - CLERK OF DISTRICT COURT

### IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| **Karen Strickland,** | Case No.: LACL154979 |
| Plaintiff, | |
| v. | **Defendants' Appearance of Counsel, Acceptance of Service, and Agreement on Initial Responsive Motion, Pleading, or Answer** |
| **Amcor Flexibles North America, Inc., Ann Buck, and David McGuire,** | |
| Defendants. | |

The undersigned Samantha M. Rollins and Susan P. Elgin of Faegre Drinker Biddle & Reath LLP enter their appearances for Defendants Amcor Flexibles North America, Inc., Ann Buck, and David McGuire.

Additionally, Defendants granted the undersigned counsel authority to and they hereby accept service of process of the Original Notice and Petition and Jury Demand on behalf of Defendants Amcor Flexibles North America, Inc., Ann Buck, and David McGuire. This acceptance of service with respect to and in lieu of personal service of the Original Notice and Petition and Jury Demand on Amcor Flexibles North America, Inc., Ann Buck, and David McGuire is made as of March 16, 2023.

This appearance and this acceptance rely on the agreements and understandings reached by the parties and contingent on performance of them by Plaintiff Karen Strickland. Accordingly, Defendants enter their Appearance of Counsel and further make this Acceptance of Service of Process in reliance on confirmation from Plaintiff's counsel agreeing that each Defendant shall have until April 30, 2023, to file and serve a responsive pleading, motion, or other initial filing.

Defendants further:

(a)     Reserve all rights, if any, to file removal papers as provided by the federal

1

E-FILED  2023 MAR 16 12:21 PM POLK - CLERK OF DISTRICT COURT

laws and rules from an effective service date of March 16, 2023.  In this regard, this Appearance of Counsel, Acceptance of Service, and Agreement on Initial Responsive Motion, Pleading, or Answer shall not constitute the material participation or taking of a substantial defensive action in the Iowa District Court proceeding by any Defendant, a willingness by either Defendant to litigate in state court, or a waiver of or indication of an intent to waive any right to remove to federal court, and

(b)      Make this filing on the condition that nothing in this Appearance of Counsel, Acceptance of Service, and Agreement on Initial Responsive Motion, Pleading, or Answer shall relinquish or diminish a Defendant's ability to challenge the personal jurisdiction or venue of any court, to assert a challenge at any time to the subject matter jurisdiction of any court regarding Plaintiff's allegations, or to file a pre-answer motion or otherwise assert any challenge, denial, counterclaim, or defense, except to the limited extent any of the foregoing relates solely to a voluntary acceptance of personal service of process of the Petition and Jury Demand and Original Notice by Defendants Amcor Flexibles North America, Inc., Ann Buck, and David McGuire as of March 16, 2023.

Dated: March 16, 2023.

FAEGRE DRINKER BIDDLE & REATH LLP

/s/ Samantha M. Rollins
Samantha M. Rollins AT0011698
  samantha.rollins@faegredrinker.com
2200 Wells Fargo Center
90 S. 7th Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

Susan P. Elgin  AT0011845
  susan.elgin@faegredrinker.com
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309-8003
Telephone: (515) 248-9000
Facsimile: (515) 248-9010

ATTORNEY FOR DEFENDANTS
AMCOR FLEXIBLES NORTH AMERICA,
INC., ANN BUCK, AND DAVID MCGUIRE

2

E-FILED  2023 MAR 16 12:21 PM POLK - CLERK OF DISTRICT COURT

**Certificate of Service**

The undersigned certifies that a true copy of the foregoing **Defendants' Appearance of Counsel, Acceptance of Service, and Agreement on Initial Responsive Motion, Pleading, or Answer** was served upon one of the attorneys of record for each party to the above-entitled cause through the Court's electronic filing system to each such attorney at his/her last known e-mail address as shown below on March 16, 2023.

/s/ Staci Bradfield

Copy to:

Brooke Timmer
 *brooke@timmerjudkins.com*
Nathan Borland
 *nate@timmerjudkins.com*

*Attorneys for Plaintiff*

US.355930877.01